United States District Court<br>For the Northern District of California

1
2
3
4
5    UNITED STATES DISTRICT COURT
6    NORTHERN DISTRICT OF CALIFORNIA
7
8  In Re.                                    No. C 08-5600 SI (pr)
                                             No. C 08-5606 SI (pr)
9  VINCENT ROSENBALM,
                                             **JUDGMENT**
10          Plaintiff.
11
12  _____/
13      Each of these actions is dismissed without prejudice to plaintiff asserting his claims in
14  an action for which he pays the full filing fee at the time he files his complaint.
15
16      IT IS SO ORDERED AND ADJUDGED.
17
18  Dated: September 29, 2009           _____
19                                             SUSAN ILLSTON
                                          United States District Judge
20
21
22
23
24
25
26
27
28